UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEVEN WALKER,

                    Plaintiff,

vs                              9:04-CV-1011

J. McCOY, Superintendent; D. DELFAVERO,
Nurse Administrator; DOCTOR TRABOUT;
PATRICK BUTTARAZZI; and LESTER N.
WRIGHT, Associate Commissioner,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

STEVEN WALKER
Plaintiff, Pro Se
Apt. 4 D
1419 Jesup Avenue
Bronx, NY 10452

HON. ANDREW M. CUOMO              MARIA MORAN, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
Suite 102
615 Erie Boulevard West
Syracuse, NY 13204-2455

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff, Steven Walker, brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated July 16, 2007, the Honorable George H. Lowe, United States Magistrate Judge, recommended that defendants' motion for summary judgment be granted. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. The complaint is dismissed in all respects; and

3. The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

Dated:   October 10, 2007
         Utica, New York.

United States District Judge